UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES SHARKEY,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS et al.,<br><br>　　　　　　　Defendants | Case No. 2:20-cv-00397-JAD-BNW<br><br>ORDER |

**I.　DISCUSSION**

Plaintiff is no longer at the address on file with the Court. (*See* ECF No. 7). Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until Friday, August 6, 2021, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by Friday, August 6, 2021, this case will be subject to dismissal without prejudice.

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff will file an updated address with the Clerk of the Court by Friday, August 6, 2021.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 9th day of July 2021.

_____
UNITED STATES MAGISTRATE JUDGE